# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:23-cv-1 SNLJ |
| ) | |
| ) | |
| LLOYD'S PLACE LLC d/b/a LLOYD's ) | |
| PLACE, STACEY L. COOK, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the memorandum and order entered today, JUDGMENT is hereby entered in favor of plaintiff and against defendants Lloyd's Place LLC d/b/a Lloyd's Place and Stacey L. Cook, in the amount of $24,785.50.

Dated this   8th   day of August, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE